**636**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**1992 VOLKSWAGON GOLF GTI,
VIN:3VWBA21G9NM036624, Regis-
tered to Yasmin Suzanne Crooks;
$121,890 in U.S. Currency, Defendants,**

v.

**Yasmin CROOKS, Claimant—
Appellant.**

No. 04–2082.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 21, 2005.

Decided April 28, 2005.

Yasmin Crooks, Appellant pro se. Gur-
ney Wingate Grant, II, Office of the Unit-
ed States Attorney, Richmond, Virginia,
for Appellee.

Before NIEMEYER and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Yasmin Crooks appeals the district
court's order granting the Government's
motion to strike her pleading and entering
a default judgment forfeiting property to

the Government. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm on the reasoning of
the district court. *See United States v.
Crooks,* No. CA–04–258–3 (E.D.Va. July
27, 2004). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED*